**SERRINS FISHER** LLP

The Woolworth Building
233 Broadway, Suite 2340
New York, New York 10279
TEL 212.571.0700
FAX 212.233.3801
www.serrinsfisher.com

Writer's Direct Dial: 212-571-0700 ext. 119
Writer's email: michael@serrinsfisher.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/26/16

May 25, 2016

Approved.

**VIA ECF**
Hon. Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED
*[signature]*
Hon. Andrew Jay Peck
United States Magistrate Judge  5/26/16
Copies by ECF to all counsel
Judge Abrams

Re: Abdelsalam v. New Diamond Café Corp. *et al.*
Doc. No. 15-cv-9744(RA)(AJP)

Dear Judge Peck:

We represent Plaintiff in this action. We write to respectfully request that the Court adjourn the parties' deadline to submit the settlement approval documents from May 27, 2016 until June 3, 2016. The parties are very close to finalizing the settlement agreement and it will take a few additional days to finalize it and have the parties execute it, and also to draft settlement approval papers. The parties therefore respectfully request an additional week to submit settlement papers to the Court.

Thank you for your attention to the above.

Respectfully Submitted,
---------------------/s/-----------------
Michael Taubenfeld (MT-4640)