EXHIBIT A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/3/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALY ABDELSALAM, individually and on behalf of others similarly situated,

　　　　　Plaintiff,

-against-

NEW DIAMOND CAFÉ LLC, d/b/a/ DANNY'S GOURMET and JI SOO CHOE

　　　　　Defendants.

Case No.: Case No.: 15-cv-9744 (AJP)

STIPULATION & ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED** by and between Plaintiff ALY ABDELSALAM and appearing Defendants NEW DIAMOND CAFÉ LLC, d/b/a/ DANNY'S GOURMET and JI SOO CHOE (collectively, "Defendants"), that the above-captioned action is hereby dismissed with prejudice against all Defendants pursuant to a settlement agreement. The Court approves the settlement as fair pursuant to the Cheeks [ruling].

**IT IS FURTHER STIPULATED AND AGREED,** that the United State District Court, Southern District of New York, shall retain jurisdiction for purposes of enforcing the parties' settlement agreement.

**SERRINS FISHER LLP**

By: _____
Michael Taubenfeld, Esq.
233 Broadway, Suite 2340
New York, New York 10279
*Attorneys for Plaintiff*

**LAW OFFICES OF NATHAN M. FERST**

By: _____
Nathan Ferst, Esq.
450 Seventh Ave., Suite 2701
New York, NY 10123
*Attorneys for Defendants*

SO ORDERED: 6/3/16

_____
Hon. Andrew J. Peck, U.S.M.J.

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

copy ECF: All Counsel

9

BY ECF